IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ALICIA E. BROWN                                                                                    PLAINTIFF

vs.                                              Civil No. 4:09-cv-04020

MICHAEL J. ASTRUE                                                                            DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 31st day of March 2010, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED**.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE